UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| VIVIAN J. MILLER-THOMAS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:07-CV-90 CAS |
| SOUTHEAST CORRECTIONAL CENTER, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on an untitled document submitted by plaintiff Vivian Miller-Thomas dated October 1, 2007. In the document, plaintiff responds to defendant's motion to dismiss. The document is deficient in several respects, and therefore the Court will order plaintiff to refile the document in the proper format as detailed herein.

Federal Rule of Civil Procedure 10(a) requires every pleading to contain a caption setting forth the name of the court, the title of the action, and the file number. The caption of this case is set out at the top of this Order. A caption in this format must be included on all documents submitted to the Court for filing.

Federal Rule of Civil Procedure 5(d) requires that all papers include a certificate of service, to reflect that a copy was sent to opposing counsel, as required by Rule 5(a), Fed. R. Civ. P. An acceptable certificate of service could state, "I certify that a copy of the foregoing was mailed, postage prepaid, in the U.S. Mail on this ____ day of October, 2007, to: Mr. Joshua Worthington, Assistant Attorney General, P.O. Box 861, St. Louis, Missouri, 63188," with plaintiff's signature

following the certificate of service. A certificate of service in approximately this format must be included on every document submitted to the Court for filing.

Finally, Local Rule 2.01(A)(1) of the United States District Court for the Eastern District of Missouri requires all filings to contain the signature of the party or the party's attorney, and the name, address, and telephone number of the signer.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall refile the document dated October 1, 2007 and include on the document a caption, certificate of service, and a signature block in accordance with this Order.

**IT IS FURTHER ORDERED** that in the future, all documents submitted by plaintiff shall include a caption, certificate of service, and signature block as stated in this Order, or the Court will order plaintiff to refile the documents in the proper format.

/s/ Charles A. Shaw

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 10th day of October, 2007.