UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| VIVIAN J. MILLER-THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-CV-90 CAS |
| ) | |
| SOUTHEAST CORRECTIONAL ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on plaintiff's memorandum to the Court filed October 16, 2007. In her memorandum, plaintiff states that she will not participate in the preparation and filing of a joint proposed scheduling plan or the Rule 16 conference set for November 1, 2007 without the appointment of counsel. By order of this date, the Court denied plaintiff's motion for appointment of counsel without prejudice. Plaintiff is therefore proceeding pro se. Plaintiff's pro se status does not excuse her from complying with Court orders, particularly the order setting the Rule 16 scheduling conference. Pursuant to Local Rule 5.03, failure to comply with any aspect of the order setting the Rule 16 conference may result in the imposition of sanctions or the dismissal of this action. If plaintiff continues to refuse to participate in the preparation of the joint scheduling plan, the Court may dismiss her action.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file their joint proposed scheduling plan by October 25, 2007.

**IT IS FURTHER ORDERED** that except as modified herein, the provisions of the Order Setting Rule 16 Scheduling Conference dated October 5, 2007 remain in full force and effect.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 18th day of October, 2007.